NEW YORK,
May, 1826.

Jackson
v.
Haight

Motion denied.

---

## Jackson, *ex dem.* Cox, *against* Haight.

The plaintiff had, by writ of error, removed this cause from the supreme court, into the court for the trial of impeachments and the correction of errors, where the judgment was affirmed ; and the defendant's costs were taxed by Savage, Ch. Justice.

A motion was now made to this court for a retaxation, on affidavits entitled " In the court for the trial of impeachments and the correction of errors."

The supreme court have not jurisdiction to order a re-taxation of costs taxed by the chief justice as judge of the court of errors.

*King* and *Randall* for the motion.

*A. Burr,* contra.

*Curia.* The affidavit is entitled, and we think properly, in the court of errors. The taxation was upon a judgment of that court awarding costs, to be taxed ; and was before the Chief Justice, as a judge and taxing officer of that court, pursuant to their 17th general rule. (16 John. 606.) By that rule, the costs, when taxed, form a part of the *remittitur ;* and if too high, should be reviewed there on a motion to retax and correct the *remittitur.* Though we are, by the rule cited, to collect these costs, we have no farther control over them. To grant this motion, would be

to tax the costs of another court. It would be to correct what the court of errors have done on review of a judgment rendered by this court.

Motion denied.